IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

                Plaintiffs,          Civil Action No.

    v.

ASO LLC,

                Defendant.
---------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiffs, CNS, Inc., d/b/a GlaxoSmithKline and Creative Integration & Design, Inc. certifies that:

1. CNS, Inc., d/b/a GlaxoSmithKline, is a wholly owned subsidiary of SmithKline Beecham Corporation which is a wholly owned subsidiary of GlaxoSmithKline plc.

2. There is no publicly held corporation that owns more than 10% of the stock in Creative Integration & Design, Inc.

Dated: October 18, 2007

                                         Francis DiGiovanni (Del. Bar No. 3189)
                                         Paul E. Crawford (Del. Bar No. 493)
                                         CONNOLLY BOVE LODGE & HUTZ LLP
                                         The Nemours Building

Of Counsel:                            1007 North Orange Street
                                         P.O. Box 2207

Richard C. Pettus                     Wilmington, Delaware 19899
Pamela C. White                      (302) 888-6316
KING & SPALDING LLP           fdigiovanni@cblh.com
1185 Avenue of the Americas
New York, New York 10036        *Attorneys for Plaintiffs*
(212) 556-2100                         *CNS, Inc., d/b/a GlaxoSmithKline and*
                                         *Creative Integration & Design, Inc.*