IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

       Plaintiffs,    Civil Action No. 07-654-GMS

   v.

ASO LLC,

       Defendant.
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard C. Pettus, Pamela C. White, and Kristen A. Swift to represent plaintiffs CNS, Inc., d/b/a GlaxoSmithKline and Creative Integration & Design, Inc. in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 31, 2007      /s/ Francis DiGiovanni
                Francis DiGiovanni (#3189)
                CONNOLLY BOVE LODGE & HUTZ LLP
                The Nemours Building – 8th Floor
                1007 North Orange Street
                Wilmington, DE 19801
                Tel: (302) 658-9141
                fdigiovanni@cblh.com
                *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____    _____
                   United States District Court Chief Judge
                   Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

                      Plaintiffs,        Civil Action No. 07-654-GMS

      v.

ASO LLC,

                      Defendant.
---------------------------------------------------x

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: *October 30, 2007*

                                                  /s/ Richard C. Pettus
                                                  Richard C. Pettus
                                                  KING & SPALDING LLP
                                                  1185 Avenue of the Americas
                                                  New York, New York 10036
                                                  (212) 556-2100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

                Plaintiffs,         Civil Action No. 07-654-GMS

     v.

ASO LLC,

                Defendant.
---------------------------------------------------x

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/30/07

                                            /s/ Pamela C. White
                                            Pamela C. White
                                            KING & SPALDING LLP
                                            1185 Avenue of the Americas
                                            New York, New York 10036
                                            (212) 556-2100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

       Plaintiffs,    Civil Action No. 07-654-GMS

   v.

ASO LLC,

       Defendant.
---------------------------------------------------------x

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/26/07

                Kristen A. Swift
                KING & SPALDING LLP
                1180 Peachtree Street, NE
                Atlanta, GA 30309
                (404) 572-4600