# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

| | |
|---|---|
| CNS, INC., d/b/a GLAXOSMITHKLINE And CREATIVE INTEGRATION & DESIGN, INC.,<br><br>　　　　　　Plaintiffs,<br>　　V.<br><br>ASO LLC,<br><br>　　　　　　Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 07-654-GMS |

TO:　ASO LLC
　　　c/o Registered Agent
　　　The Corporate Trust Company
　　　Corporation Trust Center
　　　1209 Orange Street
　　　Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS (name and address)

　　　Francis DiGiovanni (#3189)
　　　Connolly Bove Lodge & Hutz LLP
　　　The Nemours Building
　　　1007 North Orange Street
　　　P.O. Box 2207
　　　Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO　　　　　　　　　　　　FEB 15 2008

CLERK　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>2/15/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ASO LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASACLA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/08
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.