IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CNS, INC., d/b/a GLAXOSMITHKLINE and CREATIVE INTEGRATION & DESIGN, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ASO LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-654- GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs, CNS, Inc., d/b/a GlaxoSmithKline ("CNS"), and Creative Integration and Design, Inc. ("CID") (collectively "Plaintiffs"), and Defendant, Aso LLC ("Aso"), hereby stipulate and agree that the deadline for Aso to answer, move, or otherwise respond to the Complaint served by Plaintiffs on February 15, 2008 shall be extended to and including March 20, 2008.

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| /s/ *Francis DiGiovanni* | /s/ *Karen L. Pascale* |
| Francis DiGiovanni (No. 3189) | Josy W. Ingersoll (No. 1088) |
| Paul E. Crawford (No. 493) | Karen L. Pascale (No. 2903) |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street | 1000 West Street, 17th Floor |
| P.O. Box 2207 | Wilmington, DE 19899-0551 |
| Wilmington, DE 19899 | Telephone: (302) 571-6600 |
| Telephone: (302) 888-6316 | kpascale@ycst.com |
| fdigiovanni@cblh.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of March, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 5, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
> Paul E. Crawford, Esquire [pcrawford@cblh.com]
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on March 5, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Richard C. Pettus [rpettus@kslaw.com]
> Pamela C. White [pcwhite@kslaw.com]
> Kristen A. Swift [kswift@kslaw.com]
> KING & SPALDING LLP
> 1185 Avenue of the Americas
> New York, NY 10036

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> Telephone: (302) 571-6600
> *Attorneys for Defendant, Aso LLC*