IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CNS, INC., d/b/a GLAXOSMITHKLINE and CREATIVE INTEGRATION & DESIGN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASO LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-654- GMS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendant's counsel in this action are in the process of investigating the factual and legal allegations in suit, in order to fashion an appropriate response to the Complaint, and have requested an extension of time to respond in order to do so; and

WHEREAS, Plaintiffs do not oppose a two-week extension of time to respond;

NOW, THEREFORE, CNS, Inc., d/b/a GlaxoSmithKline ("CNS"), and Creative Integration and Design, Inc. ("CID") (collectively "Plaintiffs"), and Defendant, Aso LLC ("Aso"), hereby stipulate and agree, subject to the approval of the Court, that the deadline for Aso to answer, move, or otherwise respond to the Complaint served by Plaintiffs on February 15, 2008 shall be extended to and including March 20, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Francis DiGiovanni* | /s/ *Karen L. Pascale* |
| Francis DiGiovanni (No. 3189) | Josy W. Ingersoll (No. 1088) |
| Paul E. Crawford (No. 493) | Karen L. Pascale (No. 2903) |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street | 1000 West Street, 17th Floor |
| P.O. Box 2207 | Wilmington, DE 19899-0551 |
| Wilmington, DE 19899 | Telephone: (302) 571-6600 |
| Telephone: (302) 888-6316 | kpascale@ycst.com |
| fdigiovanni@cblh.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of March, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

DB02:6634715.1                                                                                                           900003.0001

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on March 5, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
> Paul E. Crawford, Esquire [pcrawford@cblh.com]
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on March 5, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Richard C. Pettus [rpettus@kslaw.com]
> Pamela C. White [pcwhite@kslaw.com]
> Kristen A. Swift [kswift@kslaw.com]
> KING & SPALDING LLP
> 1185 Avenue of the Americas
> New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Defendant, Aso LLC*