IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CNS INC. | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-654 GMS |
| ASO LLC | : |
| Defendant | : |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED
MAR 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE