IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CNS, INC., d/b/a GLAXOSMITHKLINE and CREATIVE INTEGRATION & DESIGN, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ASO LLC, <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) C.A. No. 07-654- GMS ) ) ) ) ) **JURY TRIAL DEMANDED** |

**DEFENDANT ASO LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ASO LLC declares that it is wholly-owned by AQ Holdings LLC, a limited liability company organized under the laws of Delaware. No publicly held corporation owns 10 percent or more of ASO LLC stock.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

March 20, 2008

Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant, Aso LLC*

OF COUNSEL:

James Galbraith
Anthony Giaccio
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
>Paul E. Crawford, Esquire [pcrawford@cblh.com]
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on March 20, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>Richard C. Pettus [rpettus@kslaw.com]
>Pamela C. White [pcwhite@kslaw.com]
>Kristen A. Swift [kswift@kslaw.com]
>KING & SPALDING LLP
>1185 Avenue of the Americas
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen L. Pascale*
>
>―――――――――――――――――――――
>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>Telephone: (302) 571-6600
>*Attorneys for Defendant, Aso LLC*