**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------x
```
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

                              Plaintiffs,

                v.

ASO LLC,

                              Defendant.
```
--------------------------------------------------------x
```

Civil Action No. 07-cv-654 (GMS)

Hon. Gregory M. Sleet, U.S.D.J.

**STIPULATION TO ENTER ORDER FOR
DISMISSAL AND
PERMANENT INJUNCTION**

Plaintiffs CNS, Inc. d/b/a GlaxoSmithKline and Creative Integration & Design, Inc. and

Defendant ASO LLC, through their respective counsel of record, stipulate and agree to the terms

of the [Proposed] Order For Dismissal and Permanent Injunction submitted to the Court by the

Plaintiffs' counsel today, and consent to and request its entry by this Court.

Dated:  April 24, 2008

/s/ Francis DiGiovanni                                      /s/ Karen L. Pascale
Francis D. Giovanni (Del. Bar. No. 3189)        Josy W. Ingersoll (No. 1088)
CONNOLLY BOVE LODGE & HUTZ LLP        Karen L. Pascale (No. 2903)
The Nemours Building                                      YOUNG CONAWAY STARGATT
1007 North Orange Street                                       & TAYLOR LLP
P.O. Box 2207                                                   The Brandywine Building
Wilmington, Delaware 19899                             1000 West Street, 17th Floor
Telephone: (302) 888-6316                               Wilmington, DE 19899-0551
fdigiovanni@cblh.com                                         Telephone: (302) 571-6600
                                                                       kpascale @ycst.com

Of Counsel:
Richard C. Pettus
Pamela C. White                                                 Attorneys for Defendant
KING & SPALDING LLP                                   *ASO LLC*
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

Attorneys for Plaintiffs
*CNS, Inc. D/B/A GlaxoSmithKline and*
*Creative Integration & Design, Inc.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
```

CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

                Plaintiffs,

        v.

ASO LLC,

                Defendant.

```
-------------------------------------------------------x
```

Civil Action No. 07-cv-654 (GMS)


Hon. Gregory M. Sleet, U.S.D.J.
**[PROPOSED]
ORDER FOR DISMISSAL
AND PERMANENT INJUNCTION**

Plaintiffs CNS, Inc., d/b/a GlaxoSmithKline ("CNS") and Creative Integration & Design, Inc. ( "CID"), having commenced this action by filing their Complaint on October 18, 2007, against Defendant ASO LLC ("ASO"), and ASO having stipulated and consented to the entry of this Dismissal and Permanent Injunction, to be binding on ASO, its officers, agents, employees, and other persons acting in concert with ASO who receive notice hereof:

NOW, THEREFORE, upon the consent of the parties,

IT IS ORDERED, ADJUDGED and DECREED that final judgment in favor of CNS and CID, and against ASO, be entered as follows:

1.      This Court has jurisdiction of the subject matter of all counts of this action and over all the parties hereto.

2.      The parties have entered into a confidential Settlement Agreement wherein ASO, without making any admission of the validity or infringement of the patent in suit, has agreed that it will not, after April 15, 2008, sell, offer for sale, import, manufacture, ship, order or purchase any Disputed Nasal Strips, samples of which are attached as Exhibit A to the confidential Settlement Agreement.

3.      ASO and its officers, agents, employees, and anyone acting in concert or

participation with ASO who receive actual notice hereof, are hereby enjoined and restrained

from the sale, offer for sale, manufacture, use, distribution or importation within the United

States or its territories in any manner, ASO's Disputed Nasal Strips, samples of which are

attached as Exhibit A to the confidential Settlement Agreement until such time as all rights

conferred by the Subject Patent have expired.  This injunction does not apply to sales of

Approved Nasal Strips, samples of which are attached as Exhibit B to the confidential Settlement

Agreement, by ASO to distributors and customers on or after April 15, 2008, or to such

distributors' and customers' distribution, resale or use of ASO's Approved Nasal Strips sold by

ASO on or after April 15, 2008.

4.      The Court shall retain jurisdiction to construe, enforce, or implement this

Dismissal and Permanent Injunction and the Settlement Agreement between CNS and ASO upon

the application of any party.

5.      In all other respects, the claims asserted against ASO are dismissed with prejudice

as to ASO.  The parties shall bear their own costs and attorneys' fees associated with the present

action.

| IT IS SO ORDERED. | | |
|---|---|---|
| Dated:  _____ | | _____<br>Honorable Gregory M. Sleet<br>United States District Judge |