IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
CNS, INC., d/b/a GLAXOSMITHKLINE
and CREATIVE INTEGRATION &
DESIGN, INC.,

               Plaintiffs,

       v.

ASO LLC,

               Defendant.
------------------------------------------------x

Civil Action No. 07-cv-654 (GMS)

Hon. Gregory M. Sleet, U.S.D.J.

[PROPOSED]
ORDER FOR DISMISSAL
AND PERMANENT INJUNCTION

       Plaintiffs CNS, Inc., d/b/a GlaxoSmithKline ("CNS") and Creative Integration & Design, Inc. ("CID"), having commenced this action by filing their Complaint on October 18, 2007, against Defendant ASO LLC ("ASO"), and ASO having stipulated and consented to the entry of this Dismissal and Permanent Injunction, to be binding on ASO, its officers, agents, employees, and other persons acting in concert with ASO who receive notice hereof:

       NOW, THEREFORE, upon the consent of the parties,

       IT IS ORDERED, ADJUDGED and DECREED that final judgment in favor of CNS and CID, and against ASO, be entered as follows:

       1.    This Court has jurisdiction of the subject matter of all counts of this action and over all the parties hereto.

       2.    The parties have entered into a confidential Settlement Agreement wherein ASO, without making any admission of the validity or infringement of the patent in suit, has agreed that it will not, after April 15, 2008, sell, offer for sale, import, manufacture, ship, order or purchase any Disputed Nasal Strips, samples of which are attached as Exhibit A to the confidential Settlement Agreement.

FILED
APR 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3.  ASO and its officers, agents, employees, and anyone acting in concert or participation with ASO who receive actual notice hereof, are hereby enjoined and restrained from the sale, offer for sale, manufacture, use, distribution or importation within the United States or its territories in any manner, ASO's Disputed Nasal Strips, samples of which are attached as Exhibit A to the confidential Settlement Agreement until such time as all rights conferred by the Subject Patent have expired. This injunction does not apply to sales of Approved Nasal Strips, samples of which are attached as Exhibit B to the confidential Settlement Agreement, by ASO to distributors and customers on or after April 15, 2008, or to such distributors' and customers' distribution, resale or use of ASO's Approved Nasal Strips sold by ASO on or after April 15, 2008.

4.  The Court shall retain jurisdiction to construe, enforce, or implement this Dismissal and Permanent Injunction and the Settlement Agreement between CNS and ASO upon the application of any party.

5.  In all other respects, the claims asserted against ASO are dismissed with prejudice as to ASO. The parties shall bear their own costs and attorneys' fees associated with the present action.

IT IS SO ORDERED.

Dated: April 25, 2008

Honorable Gregory M. Sleet
United States District Judge